Fourth Department. July 7, 1915.) Action by Dennison Cosman against Albert D. Cosman, individually, etc. No opinion. Judgment affirmed, with costs.

COTTER, Respondent, v. PHŒNIX UNDERWEAR CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1915.) Action by Elizabeth Cotter, as administratrix, etc., against the Phœnix Underwear Company. No opinion. Judgment and order affirmed, with costs.

COWAN, Appellant, v. EMPIRE UNITED RYS., Inc., Respondent. (Supreme Court, Appellate Division, Fourth Department. July 7, 1915.) Action by Catherine A. Cowan against the Empire United Railways, Incorporated. No opinion. Appeal dismissed, with $20 costs to respondent, upon stipulation filed.

In re COX. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) In the matter of the application of Ethel A. Cox, as administratrix, etc., of Agnes L. Frederick, deceased, etc.

PER CURIAM. Motion to open default granted, upon condition that within 10 days after service of notice of entry of the order herein appellant either deposit the jewelry with the clerk of the Surrogate's Court of Kings County, or give an undertaking with two sureties, or at his election a surety company bond, in the sum of $2,500, and upon the further condition that appellant perfect his appeal, place the case on the September calendar, and be ready for argument when reached; otherwise motion denied, with $10 costs. See, also, 153 N. Y. Supp. 1111.

In re CRESCENT ST. IN CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) In the matter of the application of the City of New York, relative to acquiring title for the widening of Crescent Street, etc., in the Borough of Queens. No opinion. Order affirmed, with $10 costs and disbursements. Motion to dismiss appeal from order directing that no evidence be printed on the foregoing appeal granted, with $10 costs.

CROLL, Respondent, v. KIELY et al., Appellants. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by Clemence C. Croll against Mary J. Kiely, and Morgan H. Seacord as administrator, etc., of Phœbe A. Seacord, deceased. No opinion. Judgment affirmed, with costs.

CRYSTALGLASS & SYPHON BOTTLE MFG., FEIGL, MORAVEK & CO., COMPANY, Limited, LIBOCHOVICE, v. FEIGL. (Supreme Court, Appellate Division, First Department. June 25, 1915.) Action by the Crystalglass & Syphon Bottle Manufacturing, Feigl, Moravek & Co., Company, Limited, Libochovice, against Ernst Feigl. No opinion. Motion to

dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order.

CUMMINGS, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by Mary Cummings against the Brooklyn Heights Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

CUNNEEN, Respondent, v. KENNEDY, Appellant. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by Daniel C. Cunneen against Lawrence J. Kennedy.

PER CURIAM. Judgment and order of the County Clerk of Westchester County reversed, with costs, and final judgment rendered dismissing the complaint, with costs, upon the ground that the County Court did not have jurisdiction of the action when it was brought, for the reason that some of the defendants were not residents of Westchester county. See Kortwellyezzsy v. Manhattan Cooperage Co., 162 App. Div. 285, 147 N. Y. Supp. 586.

CURTIN v. ELMIRA WATER, LIGHT & R. CO. (Supreme Court, Appellate Division, Third Department. September 21, 1915.) Action by Mary Curtin against the Elmira Water, Light & Railroad Company. No opinion. Motion granted, without costs.

In re CUSHMAN. (Supreme Court, Appellate Division, First Department. June 25, 1915.) In the matter of Avery F. Cushman, an attorney. No opinion. Referred to Hon. John J. Freedman, official referee. Settle order on notice.

CUSHMAN v. COOK et al. (Supreme Court, Appellate Division, First Department. June 25, 1915.) Action by Joseph G. Cushman against George D. Cook and others. No opinion. Motion to dismiss appeal (in 163 App. Div. 853, 147 N. Y. Supp. 1106) granted, with $10 costs, unless appellant comply with terms stated in order. Order filed.

DALEY, Respondent, v. J. EHRGOTT & CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by Catharine Daley, as administratrix, etc., of Bernard Daley, deceased, against J. Ehrgott & Company. No opinion. Judgment and order unanimously affirmed, with costs.

DALY, Respondent, v. BROOKLYN DAILY EAGLE, Appellant. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by John F. Daly against the Brooklyn Daily Eagle. No opinion. Judgment and order reversed, and new trial granted, costs to abide the event, for error presented by exceptions contained in the record at folios 295 to 302. See Philpot v. Fifth Ave. Coach Co., 142 App. Div. 811, 822, 823, 128 N. Y. Supp. 35.